# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JENNIFER L. BUSBY,

    Plaintiff,

v.                            CASE NO. 1:13-cv-00215-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 26, 2014. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at doc. 17. Defendant has filed a response to Plaintiff's objections at doc. 18. I have made a de novo review based on those objections and the response.

Having considered the Report and Recommendation, and the timely filed objections and response thereto, I have determined that the Report and Recommendation should be adopted. Contrary to Plaintiff's contentions, the Administrative Law Judge did not err by concluding that Plaintiff did not have a severe mental impairment at Step Two or by giving the opinion of Mary Ann Danker little weight or consideration.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

    1.      The Magistrate Judge's Report and Recommendation (doc. 16) is adopted and

incorporated by reference in this order.

2. The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE AND ORDERED** this   23rd   day of January, 2015

                 *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge